MCGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
MATTHEW S. BLOCK
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG NO. 05-0034 KJM |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS VIOLATION AND ORDER |
| v. | ) | |
| RANDALL GIVENS, | ) | DATE: July 11, 2005 |
| Defendant. | ) | TIME: 10:00 a.m. |
|  | ) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice case number Mag. 05-0034 KJM.

DATED: July 6, 2005                    MCGREGOR W. SCOTT
                                       United States Attorney

                                  By:  /S/ Thomas E. Flynn
                                       THOMAS E. FLYNN
                                       Assistant U.S. Attorney

                                       ORDER

IT IS SO ORDERED.

DATED: July 8, 2005

                              _____
                              UNITED STATES MAGISTRATE JUDGE